In the Matter of MARILYN RATZKER, Appellant, v OFFICE OF THE NEW YORK STATE COMPTROLLER (NEW YORK STATE AND LOCAL RETIREMENT SYSTEM), Respondent.

Submitted November 25, 2013; decided January 14, 2014

Motion for reargument of motion for leave to appeal denied [see 22 NY3d 854 (2013)].

In the Matter of SCOTT KK., Appellant, v PATRICIA LL., Respondent. (And Other Proceedings.)

Submitted November 12, 2013; decided January 14, 2014

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that dismissed appellant's appeal from the Family Court order dismissing his petition to hold respondent in contempt, dismissed upon the ground that such portion of the order does not finally determine that proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

CONSTANTINE SPATHIS, Respondent, v ALINA DULIMOF-SPATHIS, Appellant.

Submitted November 25, 2013; decided January 14, 2014

Motion for reargument of motion for leave to appeal denied [see 22 NY3d 913 (2013)]. Motion for poor person relief dismissed as academic.

Judge ABDUS-SALAAM taking no part.